KIMBERLY MAXSON-RUSHTON
Nevada Bar #5065
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
krushton@cooperlevenson.com
Attorneys for Defendant
Mohammad Safdar Gohir

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MOHAMMAD SAFDAR GOHIR,

                    Petitioner,

          v.

CHRISTOPHER HOYE, United States Marshal for the District of Nevada, and CHARLOTTE COLLINS, Warden, Nevada Southern Detention Center,

                    Respondents.

CASE NO. : 2:14-cv-00760-GMN-VCF

**PETITIONER'S MOTION REQUESTING HEARING**

## AND ORDER

          COMES NOW MOHAMMAD SAFDAR GOHIR, by and through his counsel of record KIMBERLY MAXSON-RUSHTON, ESQUIRE, of the law firm COOPER LEVENSON, P.A. and hereby submits this Motion Requesting a Hearing.

          On May 14, 2014 Petitioner filed a Petition for Writ of Habeas Corpus. On May 22, 2014 Petitioner filed a First Amended Petition for Writ of Habeas Corpus. On June 2, 2014 this Court Ordered Respondents to file a Response to the First Amended Petition for Writ of Habeas Corpus by Monday June 16, 2014.

          The Petition for Writ of Habeas Corpus is predicated on Petitioner's detention in an extradition matter before Magistrate Judge C.W. Hoffman. Pursuant to a status check hearing in the extradition matter, Docket 2:14-mj-00314-CWH, held on June 6, 2014, Mr. Gohir was informed that his detention would most likely be extended by a minimum of twenty (20) days. As subject matter

/ / /

jurisdiction is lacking, Petitioner's continued detention is illegal, and therefore there continues to be immediate and irreparable harm.

In anticipation of the response deadline set by this Court, Petitioner is prepared to file a reply, if necessary, to any response filed by Respondents within 24 hours. Therefore, Petitioner asserts that at that time this matter will be ripe for decision and a hearing is appropriate. Petitioner has retained outside counsel in addition to local Nevada counsel that will be traveling to Nevada from New Jersey and the United Kingdom. Due to the complications of coordinating last minute travel from the United Kingdom Petitioner respectfully requests that a hearing be set June 23-25, 2014.

Dated this 12th day of June, 2014.


**COOPER LEVENSON, P.A.**


s/Kimberly Maxson-Rushton
KIMBERLY M. RUSHTON, ESQUIRE
Nevada Bar No. 5065
6060 Elton Avenue, Suite A
Las Vegas, Nevada  89107
Attorneys for Defendant
Mohammad Safdar Gohir


## ORDER

**THE COURT HAVING READ** the foregoing Motion Requesting Hearing filed by Petitioner Mohammad Safdar Gohir, and good cause appearing, hereby **GRANTS** Petitioner's Motion.

Accordingly, a motion hearing is set for **Monday, June 30, 2014 at 10:30 a.m.** before the Honorable Gloria M. Navarro, Chief Judge, in Courtroom 7D of the Lloyd D. George United States Courthouse.

**IT IS SO ORDERED** this 23rd day of June, 2014.


_____
Gloria M. Navarro, Chief Judge
United States District Court